IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER PRICE,<br>　　　　　　Defendant. | CASE NO. 8:CR24-172<br><br>SUBMISSION OF THE DETERMINATION OF DETENTION OR RELEASE |

Defendant states to the Court as follows:

(1)　I understand that the Court must determine whether I should be detained or released, pending future judicial proceedings.

(2)　I have discussed with my attorney my right to present evidence and make argument on this determination. All the questions I have concerning that right have been answered. I understand that by not requesting a hearing to present evidence and make argument, the Court will make the determination based upon the information within the Court's record.

(3)　At this time, I wish to give up my right to present evidence and make argument on the determination of detention or release and submit the matter to the Court.

_____　　_1-21-25_____
Defendant, CHRISTOPHER PRICE　　　　Date

_____　　_1-21-2025_____
Attorney for Defendant　　　　　　　　Date

**ORDER**

**IT IS ORDERED** that Defendant's Submission of the Determination of Detention or Release is hereby accepted, and a separate order will be issued concerning detention or release.

DATED this _21st_ day of _January_, 20_25_.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT